UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re: Bkry Case No: 23-31293

Kent & Mary Gruetzmacher, Chapter 13

Debtors

---

**ORDER**

---

This case is before the Court on debtors' motion to vacate the order for dismissal.

Based upon the motion and the file,

IT IS ORDERED:

That the order for dismissal is vacated and the case is reinstated.

Dated: *October 13, 2026*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge